IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:04-CR-82-4H

UNITED STATES OF AMERICA,      )
                               )
                               )
                               )
        v.                     )
                               )
TIMOTHY NICHOLAS RHODES,        )          **ORDER**
                               )
        Defendant.              )
                               )
                               )


This matter is before the court on defendant's motion to reconsider this court order regarding sentence reduction pursuant to the First Step Act. Finding no reason to alter its prior order, the motion to reconsider is DENIED.

This 20th day of April 2020.


_____
Malcolm J. Howard
Senior United States District Judge


At Greenville, NC
#26